**ABBOTT GMBH & CO. KG,
Petitioner–Appellee,**

v.

**YEDA RESEARCH AND DEVELOPMENT CO., LTD., Defendant–Appellant.**

**No. 2010–1444.**

United States Court of Appeals,
Federal Circuit.

March 4, 2011.

James R. Ferguson, Mayer Brown, LLP, Chicago, IL, for Petitioner–Appellee.

Kevin M. Flowers, Marshall, Gerstein & Borun, LLP, Chicago, IL, for Defendant–Appellant.

Before PROST, MAYER, and MOORE, Circuit Judges.

## ON MOTION

MOORE, Circuit Judge.

### ORDER

Abbott GmbH & Co., KG moves to dismiss Yeda Research and Development Co., Ltd.'s appeal for failure to prosecute and for lack of jurisdiction. Yeda opposes in part. Yeda moves to withdraw its appeal without prejudice. Abbott opposes. Yeda replies.

Yeda failed to file its brief by the brief due date. Yeda does not contest that it did not file a brief. Yeda also agrees that its notice of appeal should be dismissed because it seeks review of a nonfinal order of the United States District Court for the District of Columbia. Yeda requests that this court designate any dismissal as being without prejudice "in an abundance of caution." This court does not ordinarily designate appeals as being dismissed with or without prejudice. We see no reason to do so here.

Accordingly,

IT IS ORDERED THAT:

(1) Yeda's motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.